# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 12-cv-00942-LTB-MJW

TERRY R. SANDMEIER,

      Plaintiff,

v.

BYRON SADLER,

      Defendant.

---

## ORDER

---

      This case is before me upon the Recommendation of the Magistrate Judge that the Defendant's Motion to Dismiss (Doc 17) be granted and the complaint be dismissed with prejudice. The Magistrate Judge further recommends that if his recommendation on dismissal is granted, then the Court certify, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from such order would not be taken in good faith and therefore *in forma pauperis* status be denied for the purpose of appeal. Further, if such a certification is made and the Plaintiff files a notice of appeal, he would then be required to pay the full $455 appellate fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within 30 days in accordance with Fed.R.App.P. 24.

      Plaintiff has filed timely objection to the recommendation of the Magistrate Judge. I therefore review the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendation is correct. Accordingly,

IT IS ORDERED that the Defendant's Motion to Dismiss (Doc 17) is GRANTED and the complaint in this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith and therefore *in forma pauperis* be denied for the purpose of appeal and if Plaintiff files a notice of appeal, he is then required to pay the full $455 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within 30 days in accordance with Fed.R.App.P. 24.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 3, 2012